UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-4603 ABC (FMOx) | Date | October 4, 2011 |
|---|---|---|---|
| Title | Seven Arts Filmed Entertainment Ltd. v. Content Media Corp., et al. | | |

| Present: The Honorable | Audrey B. Collins, Chief United States District Judge | |
|---|---|---|
| Angela Bridges | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   ORDER Continuing Motion for Sanctions (Docket No. 58) (In Chambers)

Pending before the Court are two motions successively filed by Defendant Content Media Corp. ("Content"): (1) a motion for determination of Content as a prevailing party, for an award of attorney's fees, and for an anti-suit injunction, filed on September 19, 2011 and set for hearing on Monday, October 17, 2011 (Docket No. 58); and (2) a motion for sanctions pursuant to Federal Rule of Civil Procedure 11, filed on October 3, 2011 and set for hearing on Monday, October 31, 2011 (Docket No. 62). The Court does not understand why Content filed these motions, which address similar conduct, separately when Content could have waited until October 3 to file a single consolidated motion. The Court will not hear them on separate days, so the Court CONTINUES the motion for attorney's fees and for an anti-suit injunction (Docket No. 58) to **Monday, October 31, 2011 at 10:00 a.m.**

Based on the prior October 17 hearing date, Plaintiff Seven Arts Filmed Entertainment Ltd.'s ("Plaintiff's") deadline to oppose the motion for attorney's fees and an anti-suit injunction was Monday, September 26, but Plaintiff filed an opposition one week late on October 3. See Local Rule 7-9. This tardiness is unsurprising: the Court has previously admonished Plaintiff for repeatedly "flout[ing] the Court's rules." (Docket No. 37.) Plaintiff had filed a late reply brief in support of its application for a preliminary injunction and the Court both reminded Plaintiff of the briefing schedule set by the Local Rules and admonished Plaintiff that "**the failure to follow all of the Local Rules and the Court's orders in the future will result in sanctions, up to and including dismissal of this case with prejudice**"(emphasis in original). That admonishment has gone unheeded.

Nevertheless, the Court will not impose sanctions now because the pending motions address Plaintiff's alleged sanctionable conduct and these matters can be adequately addressed there. In an effort to prevent any further violations, however, the Court sets the following briefing schedule for the two pending motions:

- For the motion for attorney's fees and an anti-suit injunction filed on September 19, **Content's reply brief, if any, is due no later than Monday, October 10, 2011.**

- For the motion for Rule 11 sanctions filed on October 3, **Plaintiff's opposition is due no later than Monday, October 10, 2011 and Content's reply brief, if any, is due**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 11-4603 ABC (FMOx) | Date | October 4, 2011 |
|---|---|---|---|
| Title | Seven Arts Filmed Entertainment Ltd. v. Content Media Corp., et al. | | |

**Monday, October 17, 2011.**

Again, the Court sets a hearing on both motions for **Monday, October 31, 2011 at 10:00 a.m.**, although the Court may take the matters under submission if it determines that oral argument would not be helpful.  Fed. R. Civ. P. 78; Local Rule 7-15.

**Plaintiff's failure to file a timely opposition to Content's motion for Rule 11 sanctions will result in the Court granting that motion as unopposed, see Local Rule 7-13, and may result in further sanctions.**

**IT IS SO ORDERED.**

|  | : |  |
|---|---|---|
| Initials of Preparer | AB | |